**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Stella D. Salmeron v. Dell, Inc.

Appellate case number:  01-19-00922-CV

Trial court case number:  1138976

Trial court:    County Civil Court at Law No. 1 of Harris County, Texas

On October 28, 2021, appellant Stella D. Salmeron filed a motion to recuse Justice Amparo Guerra. Justice Guerra declined to recuse and certified the motion to the en banc Court for consideration and ruling. *See* Tex. R. App. P. 16.3(b). The en banc Court **denies** the motion.

It is so ORDERED.

Judge's signature: /s/ Sherry Radack

☐ Acting individually    ☒ Acting for the Court*

*The en banc Court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molly, and Farris. Justice Guerra not participating.

Date: November 16, 2021